## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

Date of Arrest: February 28, 2021

UNITED STATES OF AMERICA )
)
　　　　Plaintiff, )
)
)
)
)
　　　Vs. )
)
)
)
Annmarie Michelle SUMMARELL )
)
　　Defendant. )
)
)
)
YOB: 1969 )
United States Citizen )
)

Magistrate's Case No. **21-1092MJ**

COMPLAINT FOR VIOLATION OF
21 U.S.C. § 841(a)(1) and
(b)(1)(A)(viii)
Possession with Intent to
Distribute a Controlled Substance
Count One

---

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNT ONE

On or about February 27, 2021, at or near Yuma, Arizona, in the District of Arizona, the defendant, Annmarie Michelle SUMMARELL, did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers or salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

//

I further state that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by: Margaret Perlmeter

_Nicholas Ballance_
Nicholas Ballance
Special Agent
Federal Bureau of Investigation

Sworn to telephonically, March 1, 2021 and subscribed electronically at Yuma, Arizona.

_James F. Metcalf_
James F. Metcalf
United States Magistrate Judge

UNITED STATES OF AMERICA

vs.

Annmarie Michelle SUMMARELL

**STATEMENT OF FACTS**

I, Nicholas Ballance, being duly sworn do state the following:

On February 27, 2021, at approximately 11:40 p.m., the Federal Bureau of Investigation executed a search warrant at the residence of the defendant, Annmarie Michelle SUMMARELL, in Yuma, Arizona. As a result of the search, agents located and seized approximately 2.628 kilograms (with packaging) of a substance from SUMMARELL's bedroom closet that field tested positive for methamphetamine and two firearms: (1) a .308 caliber rifle in the bedroom closet and (2) a loaded Glock handgun under the mattress of the bed beside the closet. In addition, agents also seized a money counter, multiple sets of scales, over $9,000 in United States currency, and multiple small baggies that are consistent with items used to package controlled substances for sale.

At the time of the search, SUMMARELL was at the residence. During a post Miranda interview, SUMMARELL showed agents where the methamphetamine and two firearms were located and admitted that they were in her bedroom and belonged to her. SUMMARELL also admitted to selling controlled substances in order to help her pay bills.

Based on the foregoing, there is probable cause to believe that Annmarie Michelle SUMMARELL committed the offense alleged in the Complaint.

_____
Nicholas Ballance
Special Agent
Federal Bureau of Investigation

Subscribed to electronically and sworn to telephonically, March 1, 2021 at Yuma, Arizona.

_____
James F. Metcalf
United States Magistrate Judge